IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-1264 T
(JUDGE HORN)

EXPEDIENT HOLDINGS USA, LLC,

Plaintiff

v.

THE UNITED STATES,

Defendant

# ANSWER

Defendant, the United States, for its answer to plaintiff's complaint, denies each and every allegation that is not admitted or otherwise expressly addressed below. Defendant also:

1. Admits that jurisdiction, to the extent it exists in this case, is conferred by 28 U.S.C. § 1491.
2. Admits that this suit was filed within the period of limitations under 26 U.S.C. § 6532.
3. States that its attorneys currently lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 3.
4. Admits the defendant is the United States and that the Internal Revenue Service is the federal agency charged with administering the tax laws, including those laws that may be applicable in this case.

5. States that its attorneys currently lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 5.

6. Admits the allegations contained in the first sentence but denies that plaintiff is entitled to a refund. States that its attorneys currently lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in the second and third sentences.

7. States that its attorneys currently lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 7.

8. States that its attorneys currently lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 8.

9. States that its attorneys currently lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 9.

10. States that its attorneys currently lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 10.

11. States that its attorneys currently lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 11.

12. States that its attorneys currently lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 12.
13. States that its attorneys currently lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 13.
14. States that its attorneys currently lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 14.
15. Paragraph 15 contains plaintiff's paraphrasing of the statute and requires no response.
16. Paragraph 16 contains plaintiff's paraphrasing of the statute and requires no response.
17. Paragraph 17 contains plaintiff's paraphrasing of the statute and requires no response.
18. Paragraph 18 contains plaintiff's paraphrasing of the statute and requires no response.
19. Paragraph 19 contains plaintiff's paraphrasing of the statute and requires no response.
20. Admits that plaintiff filed a request for refund of § 4251 communication excise tax but denies that the tax was erroneously paid, and states that its attorneys currently lack knowledge or information sufficient to form a belief as to the truth of the allegations that plaintiff purchased

circuits from telecommunications providers used to assemble and maintain a network to provide internet access to their customers.

21. Admits the allegations contained in paragraph 21, but avers that the amount claimed was $39,399.04.

22. Admits that plaintiff has reduced its claim and states that its attorneys currently lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 22.

23. Defendant's responses to the averments set forth in paragraphs 1-22 are incorporated by reference herein.

24. Denies the allegations contained in paragraph 24.

25. Denies the allegations contained in paragraph 25.

26. Admits the allegations contained in paragraph 26 that plaintiff submitted a Form 8849, states that its attorneys currently lack knowledge or information sufficient to respond to the allegation that the Form 8849 was submitted "in accordance with the procedures set forth by the Internal Revenue Service," and denies that the payments were erroneous, and that plaintiff is entitled to any refund.

27. States that paragraph 27 constitutes an assertion of law to which no response is necessary.

28. Admits the allegations contained in paragraph 28.

29. Denies the allegations contained in paragraph 29.

WHEREFORE, defendant prays that the complaint be dismissed with prejudice, with all allowable costs assessed against plaintiff.

Respectfully submitted,

2/6/2006
Date

s/G. Robson Stewart

G. ROBSON STEWART
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6493

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Acting Chief, Court of Federal Claims Section
STEVEN I. FRAHM
Assistant Chief

2/6/2006
Date

s/Steven I. Frahm
Of Counsel

Attorneys for Defendant