IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-1264 T
(JUDGE HORN)

EXPEDIENT HOLDINGS USA, LLC,

Plaintiff

v.

THE UNITED STATES,

Defendant

MOTION FOR LEAVE TO FILE THE JOINT
PRELIMINARY STATUS REPORT OUT OF TIME

Defendant, on behalf of the parties, respectfully requests leave to file the joint preliminary status report 1 day out of time.

As good reason therefor, defendant states that the parties had worked to prepare the joint preliminary status report prior to the filing deadline. Plaintiff's counsel sent a signed joint preliminary status report to defendant's counsel by overnight delivery in time to be delivered on the filing due date so that defendant's counsel could file the report electronically. Defendant's counsel , however, was out of the office unexpectedly on the due date for the report and was not able to timely file the report electronically.

Defendant apologizes to the Court for any inconvenience caused by the failure to timely file the joint preliminary status report and respectfully requests that this motion be allowed.

Respectfully submitted,

3/31/2006
Date

s/G. Robson Stewart

G. ROBSON STEWART
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6493

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Acting Chief
Court of Federal Claims Section
STEVEN I. FRAHM
Assistant Chief

3/31/2006
Date

s/Steven I. Frahm
Of Counsel

Attorneys for Defendant