# In the United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * | * |
| **EXPEDIENT HOLDINGS USA, LLC.,** | * |
| **Plaintiff,** | * |
| **v.** | * |
| **UNITED STATES,** | * |
| **Defendant.** | * |
| * * * * * * * * * * * * * * * * * * * | * |

**No. 05-1264T**
**Filed: April 27, 2006**

## O R D E R

As previously discussed with the parties, the court **SCHEDULES** a status conference in the above-captioned case for **Monday, May 1, 2006, at 10:30 a.m. E.S.T.,** at the National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20006. Both parties may appear by telephone. Unless otherwise notified, the court will contact plaintiff's counsel at (717) 541-1194 and defendant's counsel at (202) 307-6493. The parties will be prepared to discuss future proceedings in this case.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**