# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * *

**EXPEDIENT HOLDINGS USA, LLC.,**

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * *

**No. 05-1264T**
**Filed: May 2, 2006**

## O R D E R

A status conference was held in this case on May 1, 2006. During the conference, the plaintiff indicated that this case is related to several other cases filed in this court. Therefore, on or before **Friday, May 5, 2006**, the plaintiff shall file with the court a list of related cases identified during the status conference. Additionally, within ten days after a decision is issued in XO Communications v. United States, No. 03-2745T, or significant action occurs in Comcation, Inc. v. United States, No. 05-515T or USA Choice Internet Services, Inc. v. United States, No. 05-525T, the parties shall file a joint status report addressing the effect of those actions on the above-captioned case, provide the court with a copy of any issued opinion or a description of the actions taken, and identify how the proceedings in this case will be effected.

Also as discussed with the parties, discovery will commence and conclude on or before **Friday, September 1, 2006**. To address the progress of the parties' discovery efforts and future proceedings in this case, the court **ORDERS** the parties to appear at a conference on **Tuesday, September 5, 2006 at 10:30 a.m. EDT**. Both parties may appear by telephone. Unless otherwise notified, the court will contact plaintiff's counsel at (717) 635-7145 and defendant's counsel at (202) 307-6493.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**JUDGE**