IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-1264 T
(JUDGE HORN)

EXPEDIENT HOLDINGS USA, LLC,

Plaintiff

v.

THE UNITED STATES,

Defendant

PARTIES LIST OF RELATED CASES

Pursuant to the Court's request during the May 1, 2006 Status Conference, the related cases pending in the Court involving similar issues are as follows:

Adelphia Cablevision, LLC v. United States, Fed. Cl. No. 05-1014 T (2005) Judge Weise; AlleghenyIntel LLC v. United States, Fed. Cl. No. 05-516 T (2005) Judge Braden; Comcation, Inc. v. United States, Fed. Cl. No. 05-515 T (2005) Judge Allegra; Evenlink, LLC v. United States, Fed. Cl. No. 05-1105 T (2005) Judge Wheeler; Expedient Holdings, USA v. United States, Fed. Cl. No. 05-1264 T (2005) Judge Horn; Fastnet Corp. v. United States, Fed. Cl. No. 05-1019 T (2005) Judge Baskir and ADR Judge Horn; Localnet v. United States, Fed. Cl. No. 05-1263 T (2005) Judge Allegra; Magpage Internet Services, Inc. v. United States, Fed. Cl. No. 05-485 T (2005) Judge WIlliams; Netforce, Inc. v. United States, Fed. Cl. No. 05-514 T (2005) Judge Williams; Southern New Jersey Internet Provider v. United States, Fed. Cl. No. 05-501 T (2005) Judge Hodges; Stargate Industries, LLC v. United States, Fed. Cl. No. 05-1109 T (2005) Judge Baskir; USA Choice Internet Service, Inc. v. United States, Fed. Cl. No. 05-525 T (2005) Judge

Lettow; Velocity Net, Inc. v. United States, Fed. Cl. No. 06-26T (2006) Judge Hewitt; XO Communications, Inc. v. United States, Fed. Cl. No. 03-2754 T (2003) Judge Williams and XO Communications, Inc. v. United States, Fed. Cl. No. 06-40T (2006) Judge Williams. Fastnet Corp. is the only ADR case.

5/3/06
Date

Respectfully submitted,

Anthony C. Gulotta, Esquire
Anderson & Gulotta, P.C.
1110 North Mountain Road
Harrisburg, PA 17112
(717) 635-7145

Attorney for Plaintiff