# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * *

**EXPEDIENT HOLDINGS USA, LLC.,**

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * *

**No. 05-1264T**
**Filed: September 5, 2006**

**O R D E R**

A status conference was held in the above-captioned case on September 5, 2006. As discussed with the parties, the court **ORDERS** the parties to submit a joint status report on **Tuesday, November 7, 2006**, and quarterly thereafter.

Additionally, within five days after a decision is issued or significant action occurs in XO Communications v. United States, No. 03-2745T, Comcation, Inc. v. United States, No. 05-515T or USA Choice Internet Services, Inc. v. United States, No. 05-525T, the parties shall file a joint status report addressing the effect of those actions on the above-captioned case, provide the court with a copy of any issued opinion or a description of the actions taken, and identify how this case should proceed.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**