IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-1264 T
(JUDGE HORN)

EXPEDIENT HOLDINGS USA, LLC,

Plaintiff

v.

THE UNITED STATES,

Defendant

# JOINT STATUS REPORT

Pursuant to the Order dated September 5, 2006, in the above-referenced matter, the parties submit the following information:

The above-captioned matter is currently stayed pending the outcome of the litigation in the following three cases: ***XO v. United States***, Fed Cl. No. 03-2754 T (2003); ***Comcation v. United States***, Fed Cl. No. 05-515 T (2005) and ***USA Choice v. United States***, Fed Cl. No. 05-525 T (2005). Below please find a brief summary of the status of each of these cases.

In ***XO v. United States***, Fed Cl. No. 03-2754 T (2003), the Plaintiff and the United States have completed discovery. The discovery accomplished includes initial disclosures by the parties, including plaintiff's disclosures of information in support of its claim for refund (such as invoices, filings, etc.), and plaintiff's responses to defendant's interrogatories and requests for production of documents. In addition, the parties in *XO* have filed cross-motions for summary

judgment on the "Dial Access" issue, which is substantially similar to the issue involved in this action. In addition, Judge Williams has conducted an expert witness hearing on the "Dial Access" issue and the parties subsequently submitted supplemental briefs. This case was transferred to Judge Wheeler on July 24, 2006. Judge Wheeler has requested that the parties submit supplemental briefs by November 10, 2006, addressing the extent to which the Internal Revenue Service ("IRS") currently imposes a tax on internet access and related internet communications.

In ***Comcation v. United States***, Fed Cl. No. 05-515 T (2005), the Plaintiff and the United States have completed discovery. The discovery accomplished includes initial disclosures by the parties, including plaintiff's disclosures of information in support of its claim for refund (such as invoices, filings, etc.), and plaintiff's responses to defendant's interrogatories and requests for production of documents. A trial was held in this case on September 11, 2006. The parties' simultaneous opening post trial briefs are due November 13, 2006, and the parties' simultaneous reply briefs will be due on December 13, 2006. Closing arguments will occur shortly thereafter.

In ***USA Choice v. United States***, Fed Cl. No. 05-525 T (2005), the Plaintiff and the United States have completed discovery. The discovery accomplished includes initial disclosures by the parties, including plaintiff's disclosures of information in support of its claim for refund (such as invoices, filings, etc.), and plaintiff's responses to defendant's interrogatories and requests for production of documents. In addition, the trial for this case was held on July 11, 2006. The parties' opening and closing briefs have been filed, and the parties' closing arguments occurred on September 22, 2006.

Respectfully submitted,

November 7, 2006
Date

s/Anthony C. Gullota
Anthony C. Gulotta, Esquire
Anderson & Gulotta, P.C.
1110 North Mountain Road
Harrisburg, PA 17112
(717) 635-7145

Attorney for Plaintiff

November 7, 2006
Date

s/G. Robson Stewart
G. ROBSON STEWART
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6493

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief
Court of Federal Claims Section
STEVEN I. FRAHM
Assistant Chief

November 7, 2006
Date

s/Steven I. Frahm
Of Counsel

Attorneys for Defendant