# In the United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * | |
| **EXPEDIENT HOLDINGS USA, LLC.,** | |
| **Plaintiff,** | **No. 05-1264T** |
| **v.** | **Filed: February 9, 2007** |
| **UNITED STATES,** | |
| **Defendant.** | |
| * * * * * * * * * * * * * * * * * * | |

**O R D E R**

The court is in receipt of the parties' February 7, 2007 joint status report in the above-captioned case. A decision has been issued in USA Choice Internet Services, Inc. v. United States, No. 05-525T, and a decision in Comcation, Inc. v. United States, No. 05-515T is described by the parties as forthcoming. Within five days after a decision is issued in Comcation, Inc., and/or XO Communications v. United States, No. 03-2745T, the parties shall file a joint status report addressing the effect of the decision(s) on the above-captioned case, provide the court with a copy of the opinion(s), and identify how this case should proceed. Pending the decisions in the latter two cases, as requested, the **STAY** in the above-captioned case is continued, and the parties shall continue their quarterly reporting, with the next joint status report due on or before **Monday, May 7, 2007**. Each joint status report shall reflect, specifically, whether or not either or both parties request that the stay continue at that point, or whether the stay should be vacated, and the rationale.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**