IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-1264 T
(JUDGE HORN)

EXPEDIENT HOLDINGS USA, LLC,

Plaintiff

v.

THE UNITED STATES,

Defendant

JOINT STATUS REPORT

Pursuant to the Court's Order dated February 9, 2007, in the above referenced matter, the parties submit the following information:

The above-captioned matter is currently stayed pending litigation in the following three cases: ***XO Communications v. United States***, Fed. Cl. No. 03-2754 T (2003); ***Comcation v. United States***, Fed Cl. No. 05-515 T (2005), and ***USA Choice v. United States***, Fed Cl. No. 05-525 T (2005). Below is a brief summary of the status of each of these cases.

In ***XO Communications***, the parties filed cross-motions for summary judgment on the "Dial Access" issue, which is substantially similar to the issue involved in this action. Judge Williams conducted an expert witness hearing on the "Dial Access" issue and the parties subsequently submitted supplemental briefs. ***XO Communications*** was transferred to Judge Wheeler on July 24, 2006, and supplemental briefs were filed in November 2006, addressing whether any federal tax

was imposed on Internet access and related Internet communications. On January 10, 2007, an Order was filed denying the parties' cross-motions for summary judgment. On May 4, 2007, the parties filed a Joint Status Report requesting additional time to conduct an examination of records in order to determine whether any disputed issues of fact remain. Thereafter, the parties will recommend whether a trial will be necessary.

In ***Comcation***, a trial was held on September 11, 2006. The parties' simultaneous opening post trial briefs were filed on November 13, 2006, and the parties' simultaneous reply briefs were filed on December 13, 2006. Closing arguments occurred on January 9, 2007, and the parties are waiting for a decision.

In ***USA Choice***, Judge Lettow awarded the Plaintiff judgment insofar as it paid communications excise taxes from January 1999, through April 2002, on incoming-only PRI channels purchased from ALLTEL and Verizon and its predecessors and on private-communication DCS and BRA channels obtained from ALLTEL plus the private lines associated with specific telephone numbers. Judge Lettow held that charges for these channels and services are not taxable as local telephone service, in the first instance because the services are not covered by the definition of such service in the Internal Revenue Code, and in the second instance because the services are exempted from the definition. Final judgment was entered for the Plaintiff in this case on December 15, 2006. Defendant appealed the decision to the United States Court of Appeals for the Federal Circuit on February 28, 2007. The Federal Circuit docket number is 2007-5077.

The parties request that the stay granted in this matter on February 9, 2007, be continued as it appears to be the most efficient way to handle this case.

Respectfully submitted,

May 7, 2007
Date

*s/Anthony C. Gulotta*
ANTHONY C. GULOTTA
PA Atty. ID #82081
Anderson & Gulotta, P.C.
1110 North Mountain Road
Harrisburg, PA 17112
(717) 635-7145
Fax (717) 541-5434
tgulotta@fbstax.com

Attorney for Plaintiff

May 7, 2007
Date

*s/G. Robson Stewart*
G. ROBSON STEWART
U.S. Department of Justice, Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6493

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
STEVEN I. FRAHM
Assistant Chief

May 7, 2007
Date

*s/Steven I. Frahm*
Of Counsel

Attorneys for Defendant