IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-1264 T
(JUDGE HORN)

EXPEDIENT HOLDINGS USA, LLC,

Plaintiff

v.

THE UNITED STATES,

Defendant

JOINT STATUS REPORT

Pursuant to the Court's Order dated February 9, 2007, in the above-referenced matter, the parties submit the following information:

This case currently is suspended pending the outcome of litigation in the following three cases: ***XO Communications v. United States***, Fed. Cl. No. 03-2754 T (2003); ***Comcation v. United States***, Fed Cl. No. 05-515 T (2005), and ***USA Choice Internet Serv., LLC v. United States***, 73 Fed Cl. 780 (2006), *appeal pending*, No. 07-5077 (Fed. Cir. Feb. 8, 2007).

On August 17, 2007, a decision was rendered in ***Comcation*** in favor of the United States. The court held that the telephone service utilized by Comcation, an Internet service provider, to connect its customers to its network constituted taxable local service irrespective of whether the telephone service was configured as incoming-only service and the service did not qualify as a tax exempt private communication service. Accordingly, the holding in ***Comcation*** is contrary

to the decision in ***USA Choice***, which held that similar incoming-only telephone service was not taxable local telephone service. Therefore, until the United States Court of Appeals for the Federal Circuit resolves this conflict, the parties believe that continuing the suspension of proceedings in this case is warranted. The Federal Circuit has scheduled oral argument in ***USA Choice*** for December 7, 2007.

Respectfully submitted,

February 7, 2008
Date

*s/Anthony C. Gulotta*
ANTHONY C. GULOTTA
PA Atty. ID #82081
Anderson & Gulotta, P.C.
1110 North Mountain Road
Harrisburg, PA 17112
(717) 635-7145
Fax (717) 541-5434
tgulotta@fbstax.com
Attorney for Plaintiff

February 7, 2008
Date

*s/G. Robson Stewart*
G. ROBSON STEWART
U.S. Department of Justice, Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6493

RICHARD T. MORRISON
Acting Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
STEVEN I. FRAHM
Assistant Chief

February 7, 2008
Date

*s/Steven I. Frahm*
Of Counsel
Attorneys for Defendant