# In the United States Court of Federal Claims

| | | |
|---|---|---|
| **EXPEDIENT HOLDINGS USA, LLC,** | | |
| **Plaintiff,** | | **No. 05-1264T** |
| **v.** | | **Filed: May 8, 2007** |
| **UNITED STATES,** | | |
| **Defendant.** | | |

## O R D E R

The court is in receipt of the parties' May 7, 2008 supplemental joint status report in the above-captioned case. In light of the recent Federal Circuit decision in USA Choice Internet Services, LLC v. United States, No. 2007-5077, 2008 WL 1722192 (Fed. Cir. Apr. 15, 2008), the parties indicate that resolution of the case between themselves is likely, and request 120 days to do so. The court encourages resolution of case by the parties themselves. Unless a joint stipulation of dismissal is sooner received from the parties, on or before **Monday, July 7, 2008** and **Monday, September 8, 2008**, the parties shall file joint status reports detailing progress made, matters remaining, and a time line (but without any numbers reported). The court will determine whether a status conference is necessary based on the reports from the parties. To facilitate resolution of this case, the stay in the above-captioned case is continued.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**