IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-1264 T
(JUDGE HORN)

EXPEDIENT HOLDINGS USA, LLC,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

# STIPULATION FOR DISMISSAL

It is hereby stipulated and agreed that the complaint in the above-captioned case be dismissed with prejudice, the parties to bear their respective costs, including any possible attorneys' fees or other expenses of this litigation.

Respectfully submitted,

July 7, 2008
Date

*s/Anthony C. Gulotta*
Anthony C. Gulotta, Esquire
PA Atty. ID #82081
Anderson & Gulotta, P.C.
1110 North Mountain Road
Harrisburg, PA 17112
(717) 635-7145
Fax (717) 541-5434
tgulotta@fbstax.com

Attorney for Plaintiff

| | |
|---|---|
| July 7, 2008<br>Date | *s/G. Robson Stewart*<br>G. ROBSON STEWART<br>Attorney of Record<br>U.S. Department of Justice<br>Tax Division<br>Court of Federal Claims Section<br>Post Office Box 26<br>Ben Franklin Post Office<br>Washington, D.C. 20044<br>(202) 307-6493 |
| | NATHAN J. HOCHMAN<br>Assistant Attorney General<br>DAVID GUSTAFSON<br>Chief, Court of Federal Claims Section<br>Steven I. Frahm<br>Assistant Chief |
| July 7, 2008<br>Date | *s/Steven I. Frahm*<br>Of Counsel |

Attorneys for Defendant