# In the United States Court of Federal Claims

**No. 05-1264 T**

**EXPEDIENT HOLDINGS USA, LLC,**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the parties' July 7, 2008 Joint Stipulation of Dismissal and the court's Order, filed July 8, 2008,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 41(a)(1)(ii), that the complaint is dismissed, with prejudice. Each party shall bear its own costs, expenses and attorney's fees.

John S. Buckley
Acting Clerk of Court

**July 10, 2008** By: s/Lisa L. Reyes

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.